SUPREME COURT OF THE STATE OF NEW YORK
IN AND FOR THE COUNTY OF NEW YORK

---

MICHAEL GIORGIO; *and*
KIRTI NAIK,

        Plaintiffs,

    ~ *versus* ~

SMC BLOCK CHAIN LABS, LLC.;
SAIFUL KHANDAKER;
RABIUL KARIM;
REVOFAST LLC; *and*
REVOFAST VENTURE LLC,

        Defendants.

Index No. **656631/2025**

NOTICE OF FILING OF
NOTICE OF REMOVAL

---

**TO THE HONORABLE ADMINISTRATIVE JUDGE**;
**THE CHIEF CLERK OF THE COURT**;
**AND THE JUSTICES OF THE SUPREME COURT OF THE STATE OF NEW YORK IN AND FOR THE COUNTY OF NEW YORK**; *and*
**COUNSEL FOR THE PLAINTIFFS:**

    **PLEASE TAKE NOTICE** that on January 19, 2026, Defendants Saiful Khandaker and Rabiul Karim filed a Notice of Removal of this action before the United States District Court for the Southern District of New York, a copy of which is annexed as Exhibit A.

    Defendants respectfully submit that pursuant to 28 U.S.C. § 1446, the filing of this Notice of Removal in the United States District Court, together with the filing of this Notice of Filing of Notice of Removal with this Court, effects the Removal of this action, and this Court may proceed no further unless and until this case is remanded.

Dated: January 19, 2026

**RESPECTFULLY SUBMITTED**,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for Defendants Saiful Khandaker and Rabiul Karim*

*Served on all Parties via NYSCEF*